IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSHUA D.,[1]

           Plaintiff,

v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

           Defendant.

No. 3:17-cv-00249-JE

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Jelderks issued a Findings and Recommendation [23] on October 23, 2018, in which he recommends that this Court affirm the decision of the Commissioner of the Social Security Administration. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF 25. When any party objects to any portion of the Magistrate Judge's Findings &

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party in this case.

1 - ORDER

Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks' Findings and Recommendation [23]. The decision of the Commissioner is affirmed pursuant to Sentence Four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED this ____7____ day of __Jan__, __2019__.

_____
MARCO A. HERNÁNDEZ
United States District Judge